IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MONTY GRANFIELD, and LINDA GRANFIELD, | ) ) ) | |
| Plaintiffs, | ) ) | 4:08CV3135 |
| V. | ) ) ) | |
| VIOLET GRANFIELD, individually and as Special Administrator and Personal Representative of the Estate of Delwin Granfield, Deceased, | ) ) ) ) ) | **JUDGMENT** |
| Defendant. | ) | |

Pursuant to the plaintiffs' motion to dismiss with prejudice (filing 9) which was filed prior to service of an answer or motion for summary judgment by the defendant, and pursuant to Fed. R. Civ. P. 41(a),

IT IS ORDERED that the above-captioned case is dismissed with prejudice, each party to pay his or her own costs, and complete record waived.

October 21, 2008.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge